## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MICHAEL R. NEWMAN,
  1935B Lamont Street NW
  Washington, DC 20010-2624
  (808) 796-4708

        Plaintiff,

   v.

HOWARD UNIVERSITY SCHOOL
OF LAW,
  2900 Van Ness Street NW
  Washington, DC 20008-1154
  (202) 806-8000

HOWARD UNIVERSITY
  2400 Sixth Street NW
  Washington, DC 20059-0001
  (202) 806-6100

DANIELLE HOLLEY, DEAN
  Howard University School of Law
  2900 Van Ness Street NW
  Washington, DC  20008-1154
  (202) 806-8000

WAYNE A.I. FREDERICK, PRESIDENT
  2400 Sixth Street NW
  Washington, DC   20059-0001
  (202) 806-2500

CYNTHIA EVERS
  Vice President for Student Affairs
  2400 Sixth Street NW
  Washington, DC  20059-0001
  (202) 806-6100

DEBRA BRIGHT
  Associate VP of Student Affairs
  2400 Sixth Street NW
  Washington, DC   20059-0001
  (202) 806-6100

Civil Action No.

LAWAN LANIER-SMITH
  Office of Student Conduct
  2400 Sixth Street NW
  Washington, DC  20059-0001
  (202) 806-6100

THIRD PARTIES
  Identities to be Sought through Discovery

                            Defendants.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441(a) and 1446, and Fed. R. Civ. P. 81(c), Defendants Howard University School of Law, Howard University, Danielle Holley, Wayne A.I. Frederick, Cynthia Evers, Debra Bright, and Lawan Lanier-Smith hereby remove *Michael R. Newman v. Howard University School of Law*, Case No. 2023 CAB 000246, which was brought in the Superior Court for the District of Columbia.  The Complaint raises federal law claims, which are appropriate for resolution by this Court.

A party may remove a civil action brought in a state court if the district courts of the United States have original jurisdiction.  *See* 28 U.S.C. § 1441(a).  Here, Plaintiff's Complaint, filed January 16, 2023, raises several claims under federal law. Specifically, Plaintiff brings claims under Title VI of the Civil Rights Act of 1964; 42 U.S.C. § 1981; and 42 U.S.C. § 1985(3). Because Plaintiff's claims arise under federal law, this Court has original jurisdiction. *See* 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."). Therefore, under 28 U.S.C. § 1441(a), the Defendants may remove this action to this Court.

The requirements of 28 U.S.C. § 1446 are satisfied because this Notice is filed within 30 days after service of process; Plaintiff attempted to serve Defendants on January 31, 2023—

2

although Defendants do not believe that service was proper, which they will address if needed in a responsive pleading. Copies of all pleadings and orders as well as papers filed in the Superior Court for the District of Columbia are attached as Exhibit 1.

After this Notice is filed in the United States District Court for the District of Columbia, Defendants will file notice of this removal with the Clerk of the Superior Court for the District of Columbia and serve a copy on Plaintiff.

Venue is proper as the United States District Court for the District of Columbia includes the District of Columbia, where the events giving rise to this action allegedly occurred and where the Superior Court for the District of Columbia is located.

Accordingly, Defendants remove this action to this Court from the Superior Court for the District of Columbia, Civil Division.

Dated: February 16, 2023

Respectfully submitted,

/s/ Amanda Shafer Berman
Laurel Pyke Malson (DC Bar #317776)
Amanda Shafer Berman (DC Bar #497860)
Kyle Lyons-Burke (DC Bar #1655452)
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington DC 20004-2595
Telephone: (202) 688-3451
Fax: (202) 628-5116
aberman@crowell.com

*Attorneys for Defendants*