IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL R. NEWMAN, ) <br> ) <br>                Plaintiff, ) <br> v. ) <br> ) <br> HOWARD UNIVERSITY SCHOOL ) <br> OF LAW, *et al.* ) <br>                Defendants. ) <br> ) | Civil Action No. 1:23-cv-00436 <br><br> **MOTION TO DISMISS COMPLAINT** |

**MOTION TO DISMISS COMPLAINT**

Defendants Howard University School of Law, Howard University, Danielle Holley, Wayne A.I. Frederick, Cynthia Evers, Debra Bright, and Lawan Lanier-Smith ("Howard Defendants" collectively) [1] hereby move to dismiss this matter pursuant to Federal Rule of Civil Procedure 12(b)(6) against all Howard Defendants for failure to state a claim upon which relief can be granted. As explained in the attached Memorandum of Points and Authorities, Plaintiff Michael R. Newman has not alleged facts sufficient to state plausible discrimination claims under Title VI, 42 U.S.C. § 1981, 42 U.S.C. § 1985, or the D.C. Human Rights Act, D.C. Code § 2-1402.41, against any of the Howard Defendants. Plaintiff's Complaint also fails to allege sufficient facts to support his contract-based claims, defamation claim, and intentional infliction of emotional distress claim. Dismissal of the Complaint as to all Howard Defendants is therefore warranted.

DATED: April 11, 2023                                     Respectfully submitted,

                                                            /s/ Amanda Shafer Berman
                                                            Laurel Pyke Malson (#317776)
                                                            Amanda Shafer Berman (#497860)
                                                            Kyle Lyons-Burke (#1655452)
                                                            CROWELL & MORING LLP

---

[1] Plaintiff also names as Defendants "Third Parties – Identities to be Sought Through Discovery," against whom he asserts discrimination claims and tortious interference with contractual relations.

1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: (202) 688-3451
aberman@crowell.com

*Counsel for Defendants Howard University School of Law, Howard University, Danielle Holley, Wayne A.I. Frederick, Cynthia Evers, Debra Bright, and Lawan Lanier-Smith*