# Exhibit 2

TO:     Office of Student Conduct

FROM:  Dean Danielle Holley-Walker, Howard University School of Law

RE:     Complaint against Michael Ray Newman, Howard Law Class of 2023

DATE:   January 31, 2022

    This complaint is being filed under the Howard University Student Code of Conduct against Michael Ray Newman (Howard Law Class of 2023) for unauthorized and abusive use of the University's email system and for continual harassment of member of the Howard Law community, and disturbance of the learning environment at the School of Law.

Factual Overview

    In January 2021, I began receiving complaints from law students about receiving unwanted emails from Michael Ray Newman, a law student in the class of 2023. These emails included a "manifesto" about his views on race in America and a movie recommendation intended to support these views. (See Exhibit A)

    I met with Mr. Newman on January 28, 2021. I explained to him that the law school listservs are only for use by the law school administration, approved student groups, and individual students who seek prior permission from the law school administration. Despite this meeting, Mr. Newman continued to post messages via email and TWEN (designated online learning platform for the law school).  On Sunday, January 31, 2020, at a school-wide forum many students complained about the harassment and negative learning environment being created by Mr. Newman's emails, TWEN messages, and GroupMe posts.

    Based the widespread student and faculty complaints, I then had Mr. Newman removed from the Class of 2023 listserv to make sure he would not send any more unauthorized mass emails.

    On January 25 2022, Mr. Newman sent a mass email to the student body that was an open letter to me. This was not authorized by any member of the law school administration. I immediately emailed Mr. Newman and I formed him that his use of the listservs was unauthorized.  I met with Mr. Newman on January 25, 2022. I explained to him again that his email message was a violation of the way we use the listservs and the University email system. I told him not to use the University email system to send unwanted messages to other students, faculty, and staff. I reiterated that the use of the Howard University email system should not be used to harass or harm other students. (See Exhibit C)

    Despite this meeting and warnings over the course of a year, on January 29, 2022, Mr. Newman used the Outlook system to send emails from his private gmail account to law school student email addresses. This message made a false allegation that a recently deceased member of the Howard Law Class of 2022, Saron Berhe, died due to receiving the COVID-19 vaccine and booster. I received many student complaints and students complained of feeling harassed and traumatized. (See Exhibit B)

<u>Applicable Code Provisions</u>

Based on the facts above, I believe  Mr. Newman is in violation of the following portions of the Howard University Student Conduct Code:

23. Use of Electronic Communication. <u>Using University telecommunications</u>, data communication networks or any electronic means owned and operated by the University <u>for illegal or improper purposes</u> or in violation of University regulations and policies, or related federal, state, or local laws is strictly prohibited.

12. Harassment (Other than Harassment covered by Policies Implemented by the Title IX and/or EEO Offices) Harassment is engaging in verbal, electronic, visual, written or physical behavior directed at an individual or group that, in the view of a reasonable person, is likely to provoke or otherwise result in a negative or injurious response, mental or emotional distress, or related reaction or consequence. This behavior may include, but is not limited to: A. Making an expressed or implied threat of an action that will affect another person's academic pursuits, University employment, or participation in academic or extracurricular activities sponsored by either the University or organizations or groups related to the University B. Engaging in unwelcomed and unwarranted obstruction or interference with respect to a person's participation in educational, athletic or on-campus activity, personal pursuits, or employment, which includes but is not limited to behaviors or communications which detract from or interfere with: an instructor's ability to provide instruction in the classroom, laboratory, clinical practicum or clerkship; any activity directly related to teaching, instruction or academic advisement and counseling; or provision or use of any and all academic support services provided throughout the University Community. C. Creating an intimidating, demeaning or hostile situation or environment or inflicting personal, social, academic, psychological or emotional harm, or undue stress.

<u>Argument</u>

Mr. Newman's actions constitute multiple violations of the student code of conduct. First, he has repeatedly used the Howard University email system for improper purposes. He used the email system to distribute his personal views and opinions that were not part of any course or approved student organization. He received multiple warnings and instructions about the proper use of the email system, and he knowingly violated those policies.

Mr. Newman's conduct also constitutes harassment under the Code of Conduct. Mr. Newman has been told by many students, faculty, and law school administration that his emails are unwanted and are "disturbing" "disgusting" "degrading" in many ways. The students have asserted that these communications harm the educational environment. As dean of the law school, I have personally witnessed and experienced that Mr. Newman's communications inflict psychological and emotional harm, undue stress, and create a hostile environment for students, faculty, and administrators at the law school.

<u>Conclusion</u>

Due to Mr. Newman's repeated and ongoing violations of the Howard University Student Code of Conduct, I ask that he be found to be in violation of the Code. I seek his expulsion from Howard University School of Law.

---------------------------------------------------------
**EXHIBIT A—EMAILS FROM MICHAEL RAY NEWMAN TO CLASS LISTSERV AND STUDENT COMPLAINTS FROM JANUARY 2021**
---------------------------------------------------------

**From:**
**Sent:** Tuesday, January 26, 2021 3:27 PM
**To:** Newman, Michael R <michael.newman@law.bison.howard.edu>; Olivares, Mariela <molivares@law.howard.edu>
**Subject:** Re: Uncle Tom Documentary

Hi Dean Olivares - just a heads up that Mr. Newman is using the listserve to promote his ideology despite our class's numerous objections and clear disinterest.

All the best,

---------- Forwarded message ---------
From: **Newman, Michael** <michael.newman@law.bison.howard.edu>
Date: Tue, Jan 26, 2021 at 3:10 PM
Subject: Uncle Tom Documentary
To: HUSL Class of 2023 <classof2023@law.bison.howard.edu>


Dear HUSLers,

The 2020 documentary film *Uncle Tom* is being made available to the 2023 class at a reduced rate, which I covered. If you would like to watch the documentary in its entirety for free, click on the link below. I ask you to limit yourself to one device, but on that one device you should be able to view for an unlimited time:

https://uncletomshop.com/apps/downloads/orders/thayray%2540gmail.com/35236481

The views presented in this film offer a contrast to a lot of the assumptions that get passed around at our school with little to no debate. While I am not wholesale endorsing every claim made, the need of our student body to hear these alternative perspectives on American society and politics appeared so great as to easily justify the cost.

Aloha,
Ray


---------------------------------------------------------------------------------------------

From:
Sent: Thursday, January 14, 2021 3:50 PM
To: ziyadmotala@yahoo.com; Bawa, Jasbir; Herbert, Lenese; Schneider, Valerie; Thomas, Alice M; djohnsonesq@hotmail.com; Olivares, Mariela; Etheridge, Tammi S

Cc: Grier, Maurice J; Holley-Walker, Danielle R
Subject: Mr. Newman

Good afternoon professors,

I hope this email finds you all well. I would like to thank you for taking time out of your day to help address this matter.

As several faculty have already been made aware, a member of our 1L class, Mr. Michael Ray Newman §2, has been engaging in disturbing and inflammatory rhetoric for some time now. Several students within §2 have brought this matter to the attention of their faculty and to the dean, but no official administrative response has occurred thus far.

Mr. Newman's behavior is disruptive not only to §2, but to all students in our class, as he continues to attempt to engage students in our class GroupMe, in lectures, and on other platforms. Mr. Newman's behavior has been extremely distressing for students in every 1L section and has substantially affected our ability to communicate, socialize, and engage with each other in places we should be able to do so confidently and safely, such as our class-wide GroupMe. Due to the pandemic, our ability to connect and engage with each other is largely (and necessarily) limited to these virtual spaces, and the class feels Mr. Newman's behavior here should be treated with the same seriousness as if he were making such remarks in person or on HUSL's campus.

As students and burgeoning social engineers, we are all concerned about how to respond to Mr. Newman's behavior and, perhaps more importantly, how HUSL's administration will respond to it.

We have compiled materials related to this issue for your convenience and I am attaching them to this correspondence.

Here is a link to a compilation of Mr. Newman's comments and actions made during class or on TWEN, including screenshots Mr. Newman posted on TWEN without student's permission:
https://nam04.safelinks.protection.outlook.com/?url=https%3A%2F%2Fdrive.google.com%2Fdrive%2Ffolders%2F11JC7HDwQX8ETnUlAflfWJfTAzVIiA_MA%3Fusp%3Dsharing&amp;data=04%7C01%7Cdhwalker%40law.howard.edu%7C638ae8f5d9a44459207008d8b8cf4804%7C02ac0c07b75f46bf9b133630ba94bb69%7C0%7C0%7C637462547722302670%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&amp;sdata=PZu2QZ%2BHElXXF0qTLCATF21XB4dF%2FJx9c3ABsy3c6Go%3D&amp;reserved=0<https://nam04.safelinks.protection.outlook.com/?url=https%3A%2F%2Fdrive.google.com%2Fdrive%2Ffolders%2F11JC7HDwQX8ETnUlAflfWJfTAzVIiA_MA%3Fusp%3Dsharing&amp;data=04%7C01%7Cdhwalker%40law.howard.edu%7C638ae8f5d9a44459207008d8b8cf4804%7C02ac0c07b75f46bf9b133630ba94bb69%7C0%7C0%7C637462547722312660%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&amp;sdata=YlPpP8xcH9yNWJC9ca7Ihb59tXXeLYk2hH5RIrcAuAg%3D&amp;reserved=0<https://nam04.safelinks.protection.outlook.com/?url=https%3A%2F%2Fdrive.google.com%2Fdrive%2Ffolders%2F11JC7HDwQX8ETnUlAflfWJfTAzVIiA_MA%3Fusp%3Dsharing&data=04%7C01%7Ckaitlyn.mccalldelga%40law.bison.howard.edu%7Ce242480a75a743189f2108d8b8d0ffbf%7C02ac0c07b75f46bf9b133630ba94bb69%7C0%7C0%7C637462555075324024%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&sdata=%2BpG7csRcn2IXKmm4hfcssJ27HomZhpNKlLrX6%2FTO3a0%3D&reserved=0>>

Here is a link to the most recent video Mr. Newman posted on our class GroupMe:
https://nam04.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.youtube.com%2Fwatch%3Fv%3Dflp7gKg5G4E&amp;data=04%7C01%7Cdhwalker%40law.howard.edu%7C638ae8f5d9a44459207008d8b8cf4804%7C02ac0c07b75f46bf9b133630ba94bb69%7C0%7C0%7C637462547722312660%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&amp;sdata=M%2B1q5CVLPLs91lShOA7w7XvKT2XxRc0TS8Dhdx6ibUs%3D&amp;reserved=0<https://nam04.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.youtube.com%2Fwatch%3Fv%3Dflp7gKg5G4E&amp;data=04%7C01%7Cdhwalker%40law.howard.edu%7C638ae8f5d9a44459207008d8b8cf4804%7C02ac0c07b75f46bf9b133630ba94bb69%7C0%7C0%7C637462547722312660%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&amp;sdata=M%2B1q5CVLPLs91lShOA7w7XvKT2XxRc0TS8Dhdx6ibUs%3D&amp;reserved=0<https://nam04.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.youtube.com%2Fwatch%3Fv%3Dflp7gKg5G4E&data=04%7C01%7Ckaitlyn.mccalldelga%40law.bison.howard.edu%7Ce242480a75a743189f2108d8b8d0ffbf%7C02ac0c07b75f46bf9b133630ba94bb69%7C0%7C0%7C637462555075334018%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&sdata=aiGuYTestlnDs9yuBEo7KWqk7Cl8EXZPX%2B2GruLVIns%3D&reserved=0>>

Finally, attached please find: parts I-III of the self-published documents Mr. Newman posted to the Class of 2023 GroupMe (re: the "manifesto" ) and a few screenshots of Mr. Newman's recent responses to frustrated students who have tried to address Mr. Newman and his disruptive behavior directly.

Please note Mr. Newman's continued use of White vs. "black" (lowercase and in quotes). This is not accidental, and has been specifically addressed to Mr. Newman several times. He continues to ignore these peer requests to be respectful of our Black identities in his correspondence.

Again, my classmates and I deeply appreciate your time and your assistance in this matter.


Bison best,




------------------------------------------------------------------------------------------
**From:**
**Sent:** Tuesday, January 26, 2021 8:07:15 PM
**To:** Holley-Walker, Danielle R <dhwalker@law.howard.edu>; Olivares, Mariela <molivares@law.howard.edu>
**Subject:** Fwd: Letter to Class of 2023, fourth and final part.

Hi Dean,

I hope you are well.

I'm sure you've heard of this situation or maybe your inbox is flooded with messages pertaining to this situation. I just wanted to let you know that I have been quiet for months now in an attempt to ignore

this situation. I have even offered my support to Ray by giving him assignment sheets, sitting on hour phone calls with him, and opening my phone line to him. Not because I was obligated to do this but only because I wanted Ray to feel included and welcomed. As someone from the inner city, I was taught at a very early age to take up for all people and to fight for people who are overlooked. I never want to see Ray, or anyone else mistreated or silenced at Howard and beyond the walls of our institution.

However, many months ago I decided to back away from this situation because Ray was becoming very disruptive. I ignored the letters, group me messages, postings on our professors Twen pages, and now emails. It's not just disruptive anymore. Now I feel disrespected that Ray has started sending our class emails. Ray is insisting on disrupting my education. This is passive, this is aggressive, and this is disrespectful. As a Black woman, in the end my respect means the absolute world to me. It is the most important to me. And that is something my mother always taught me to never negotiate. And as a person who never wanted Ray to feel excluded, I am now asking that I am not copied on another one of Rays messages to HUSL2023. It was very easy for me to ignore group me messages since I am not active in chats, I am often silent, and I wanted to focus on my studies. However, I cannot receive unsolicited emails. It's simply unfair when I use this email for business purposes only.

I hope you understand my perspective. I have never bad mouthed Ray to my peers, nor have a sent Ray an email or hateful messages. I just feel very disrespected and I don't appreciate it.

I look forward to hearing back from you.

Best,



---------- Forwarded message ---------
From: **Newman, Michael** <michael.newman@law.bison.howard.edu>
Date: Tue, Jan 26, 2021 at 7:07 PM
Subject: Letter to Class of 2023, fourth and final part.
To: HUSL Class of 2023 <classof2023@law.bison.howard.edu>


This installment completes my letter addressing the controversy my comments ignited in the fall semester. Anyone is welcome to write to me expressing their views.

"If liberty means anything at all, it means the right to tell people what they do not want to hear." -- George Orwell

--

Juris Doctor Candidate '23
Howard University School of Law



-------------------------------------------------------------------------------------------------

**From:** Newman, Michael <michael.newman@law.bison.howard.edu>
**Sent:** Friday, January 29, 2021 12:50 AM
**To:** McGahee, Reginald A <rmcgahee@law.howard.edu>
**Cc:** Holley-Walker, Danielle R <dhwalker@law.howard.edu>
**Subject:** Re: Sunday meeting.

Hello Dean McGahee,

Let's be realistic about the meeting Sunday: It is about me. It's your decision whether to seek the participation of Denise Robinson or someone similarly trained, however, there is little chance for a satisfactory outcome without a professional counselor or mediator present. Is there a compelling reason not to request professional services?

Ray Newman

On Thu, Jan 28, 2021 at 6:29 AM McGahee, Reginald A <rmcgahee@law.howard.edu> wrote:

Good morning Ray,

The meeting Sunday is the regularly scheduled community meeting in place since the beginning of the 2020-2021 academic term.  To clarify, the meeting is not to discuss you or any other student.  One of the topics will be the email regarding community policy and expectations that I shared on January 26 and to allow the community to gather for support during these unique times. All are welcomed, but no one is required to attend.

I remind you, the administration is available to you and if you or any other student needs to discuss anything, please reach out to me. You expressed concerns of perceived hostility from students, I will join the meeting you have scheduled with Dean Holley-Walker and we can hear your concerns at that time.  As you are located in Hawaii, if you feel any student interaction is inappropriate, we encourage you to not engage until we can discuss and gather more information.  It is now 11:30am est, if you have urgent concerns that you feel cannot wait until our 12:30pm est meeting, feel free to call me.

All the best,

Reginald McGahee (he, him, his)
Associate Dean of Student Affairs and Admissions



School of Law
2900 Van Ness St., NW

Washington, DC 20008 |
(p) 202 806-8008 |
www.law.howard.edu

https://calendly.com/rmcgahee/

**From:** Newman, Michael <michael.newman@law.bison.howard.edu>
**Sent:** Wednesday, January 27, 2021 5:52 PM
**To:** McGahee, Reginald A <rmcgahee@law.howard.edu>
**Cc:** Holley-Walker, Danielle R <dhwalker@law.howard.edu>; Holley-Walker, Danielle R <dhwalker@law.howard.edu>
**Subject:** Sunday meeting.

Dear Dean McGahee,

I welcome a class-wide meeting to discuss the controversies my comments have generated. At the same time, given the overwhelming hostility I've received from students, especially given that administrators have done nothing to counter that hostility and almost seem to encourage it, I would not feel comfortable subjecting myself to what will likely be a tremendous amount of vitriol unless a trained professional is present to mediate the discussion.

For this reason, I request that you seek the participation of Denise Robinson, who I believe is trained and experienced in identifying and resolving conflicts and guiding groups to foster a spirit of inclusivity and tolerance. If Ms. Robinson is not available at that time perhaps you could either reschedule the meeting to fit her schedule or find someone else who is similarly qualified. Naturally, I would prefer Ms. Robinson having seen her at work and found her to be well qualified.

Aloha,

Michael Newman

**EXHIBIT B—Email from Michael Ray Newman to law student email accounts on January 29, 2022 and Student Complaints**

---------- Forwarded message ---------
From: <thayray@gmail.com>
Date: Sat, Jan 29, 2022 at 12:33 PM
Subject: URGENT MESSAGE CALLING ON DEAN HOLLEY-WALKER TO DELAY MANDATORY BOOSTERS
To: Ray Newman <thayray@gmail.com>

**External Email Warning**

**WARNING!** Please proceed with caution as this message could be a scam. The sender's account may have been compromised and used to send malicious messages. If this message seems suspicious, please **DO NOT CLICK** any of the links and/or attachments. If you believe the contents of this email may be unsafe, please send it as an attachment to the ETS Information Security Team: ets-infosec@howard.edu.

This month Howard University School of Law lost a treasured member of our community, 3L student Saron Berhe. School officials have kept information regarding her cause of death confidential. In a private meeting earlier this week Dean Holley-Walker refused to reveal any information, shamed me for inquiring, and cited the family's right to privacy. Dean Holley-Walker fully assured me Saron's death was in no way related to Covid or the Covid vaccine.

But a news report from a station in Saron's hometown casts doubt on the dean's assertion: https://www.12news.com/article/news/community/accomplished-valley-woman-dies-unexpectedly-while-in-pursuit-of-law-degree/75-5e34733c-975b-4617-af91-8c117669ede9

According to the newscast, Saron died from pulmonary embolism, "a condition caused by a blood clot traveling into the lungs."

An internet search reveals several scientific studies* confirming a correlation between the Covid vaccine and pulmonary embolism (PE). (Of note, studies also seem to show greater correlation between infection and PE than between the vaccine and PE.)

For this reason, I ask you to join me in calling on Dean Holley-Walker to postpone the school's deadline for vaccine boosters and allow students more time for inquiry into the potential risks of the Covid vaccine to their health. Students should approach this decision with increased gravity in the wake of the young woman's life that was lost.

While even the authors of the linked studies reaffirm vaccination as safe and effective for prevention of Covid infection, the school should nonetheless allow students more time to research benefits and risks of the vaccine so they can make informed decisions.

If you experience any symptoms following an mRNA vaccine, please see a health specialist. If you suffer long-term effects from a vaccine contact me at thayray@gmail.com.

Michael Ray Newman, 2L
Howard University School of Law

* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8503345/
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8604520/
https://www.researchgate.net/publication/358139881_Deep_venous_thrombosis_and_pulmonary_embolism_after_COVID-19_mRNA_vaccination

**EXHIBIT C—EMAIL FROM MICHAEL RAY NEWMAN TO STUDENT BODY ON TUESDAY, JANUARY 25, 2022 AND REPLY**

**From:** Holley-Walker, Danielle
**Sent:** Tuesday, January 25, 2022 10:02 AM
**To:** Newman, Michael <michael.newman@law.bison.howard.edu>; McGahee, Reginald <rmcgahee@law.howard.edu>; Olivares, Mariela <molivares@law.howard.edu>
**Subject:** RE: Response to Open Letter on Covid Policy.

Mr. Newman,
This is an unauthorized use of the law school's email system and the class listservs. Please refrain from using these mediums of communication.

Thanks,
Dean Holley-Walker


Danielle Holley-Walker
Dean and Professor of Law
Howard University School of Law



**From:** Newman, Michael <michael.newman@law.bison.howard.edu>
**Sent:** Tuesday, January 25, 2022 9:42 AM
**To:** Holley-Walker, Danielle <dhwalker@law.howard.edu>; McGahee, Reginald <rmcgahee@law.howard.edu>; Olivares, Mariela <molivares@law.howard.edu>; HUSLClassOf2022 <ClassOf2022@law.bison.howard.edu>; HUSLClassOf2023 <classof2023@law.bison.howard.edu>; HUSL Class of 2024 <classof2024@law.bison.howard.edu>
**Subject:** Response to Open Letter on Covid Policy.

See attached pdf for a student response to yesterday's open letter on HUSL's Covid policy.
--
You received this message because you are subscribed to the Google Groups "HUSL Class of 2023" group.
To unsubscribe from this group and stop receiving emails from it, send an email to classof2023+unsubscribe@law.bison.howard.edu.

**From:**
**Sent:** Saturday, January 29, 2022 2:11 PM
**To:** Holley-Walker, Danielle <dhwalker@law.howard.edu>
**Subject:** Fwd: URGENT MESSAGE CALLING ON DEAN HOLLEY-WALKER TO DELAY MANDATORY BOOSTERS

Dear Dean,

I know you have already received an email about Ray's email below. I just wanted to reiterate that I have been experiencing great difficulties with the passing of my dear friend, Saron. Her passing has affected my studies, participation in class and life generally. As I was processing her passing, I awoke Saturday morning to what I can only interpret to be an exploitation of her death and our grief. I am asking that direct action be taken against Ray Newman due to this email.

Kind regards,

---

**From:**
**Sent:** Saturday, January 29, 2022 10:47:26 PM
**To:** Holley-Walker, Danielle <dhwalker@law.howard.edu>
**Subject:** Fwd: URGENT MESSAGE CALLING ON DEAN HOLLEY-WALKER TO DELAY MANDATORY BOOSTERS

| You don't often get email from | Learn why this is important |

Dean Holley-Walker,

I am sure by now you are aware of this email sent to some HUSL students.

I am completely disgusted by this student's continued disrespectful behaviour toward the HUSL community, his complete disregard for Saron's life, and for those of us still grieving her loss. I am not fortunate to claim a close friendship with Saron that many of her Section 1 classmates may have had, but I feel her loss immensely, so I can only imagine how much more horrifying this email was for those close to her. I am not aware of who specifically received this email, but it is my understanding not all HUSL students received it.

I am very surprised to have received this email from his personal email because (1) I have never met him personally/virtually; (2) I have never had a class with him; and (3) I have never been in any space where I would interact with him directly or indirectly. All knowledge of him has been passed either by my mentee, who I helped navigate being in his section her 1L year because he repeatedly hindered their learning, or by friends unfortunate to have class with him, where he fails to respect the professors as well.

However, this email did cause me great distress as to the vulgarity of using Saron's death as a way to advocate his position against COVID boosters. This email has me concerned for my general safety of coming to school as well since I unfortunately got COVID and I am still

grappling with the lingering symptoms. So for a student to use two horrible events to aggressively make a point in such a way, it felt emotionally violating. To the point of it inducing nausea upon reading.

But if this email is a smidge of how this student is like in class, I implore you to remove this student from our community immediately. At a minimum, please block his personal emails. He is not here to learn, but to disrupt. He is not here to have constructive conversations, but to talk down to or proselytize.

In truth and service,


Howard University School of Law | Class of 2022


-------------------------------------------------------------------------------------------------

**From:**
**Sent:** Saturday, January 29, 2022 2:03 PM
**To:** Holley-Walker, Danielle <dhwalker@law.howard.edu>
**Subject:** Response to the Violation of Student Privacy

You don't often get email from                                            Learn why this is important

Good afternoon Dean Holley-Walker,

I hope this email finds you well. My name is                    and I am a 1L at HUSL. I am writing in regard to an e-mail that I received from a 2L student at the law school, Michael Ray Newman. I have never been in contact with this individual but the contents of the e-mail that I received were beyond devastating. I genuinely regret reading the email and the only reason I looked into its contents is because I saw your name within the subject line.

Again, this is only my first year at the law school but I made the decision to attend HUSL based on my experience at the undergraduate university. In my view, Howard University is the epitome of what community is and should be and I would not trade the sense of community I have felt while at Howard for anything. However, the e-mail from Mr. Newman completely erodes that idea of community. To advance one's own agenda at the expense of depriving a fellow student and their family of their privacy, is absolutely disgusting, especially in the wake of such a tragic loss.

While I am sure you have been made aware of this issue already, I personally could not remain silent on such an outward display of disrespect toward another Bison. I appreciate you for considering my concerns and trust that the situation will be handled accordingly. Thank you.

Sincerely,


--

J.D. Candidate 2024 | Howard University School of Law

**From:**
**Sent:** Saturday, January 29, 2022 1:52 PM
**To:** Holley-Walker, Danielle <dhwalker@law.howard.edu>
**Subject:** Fwd: URGENT MESSAGE CALLING ON DEAN HOLLEY-WALKER TO DELAY MANDATORY BOOSTERS

You don't often get email from                                    Learn why this is important

Good afternoon Dean Holley-Walker,

I hope your weekend is restful and going well! I just wanted to make sure that you are aware that this student has forwarded these unfortunate types of emails to several other students. It's deeply disturbing that he would use the death of a classmate to make some point about vaccination policies. I know everyone, of course, is entitled to their own opinions, but honestly I have seen this particular student repeatedly harass other students and even professors with his points of view, inside and outside of the classroom. His outbursts are always done in a distracting manner that is not conducive to learning and it does not seem like he is at Howard Law to learn and be a productive member of our law school. I'm sure you have received other emails informing you of this situation, but I did not want to sit by and let this go unknown. Anyways, I really appreciate everything you do, I just wanted to share my thoughts.

Kindest regards,


---------- Forwarded message ---------
From: <thayray@gmail.com>
Date: Sat, Jan 29, 2022 at 12:33 PM
Subject: URGENT MESSAGE CALLING ON DEAN HOLLEY-WALKER TO DELAY MANDATORY BOOSTERS
To: Ray Newman <thayray@gmail.com>


**From:**
**Sent:** Saturday, January 29, 2022 12:50 PM
**To:** Holley-Walker, Danielle <dhwalker@law.howard.edu>
**Subject:** Urgent Issue

You don't often get email from                                    Learn why this is important

Dear Dean Holly Walker,

Hello! I just received this email to my Howard Law School account from Mr. Newman's private gmail account. This message calls you into question, references the passing of one our fellow students, and discusses the vaccine mandate. This email has made me extremely uncomfortable. I have never spoken to Mr. Newman one time on campus or through zoom or a groupchat. It also appears that I received this

email not in a group. I am unsure if he is sending this to other students or not. I am sorry to bother you with this over the weekend, but feel that you should see this email. Thank you for your time.

Sincerely,


---------- Forwarded message ---------
From: <thayray@gmail.com>
Date: Sat, Jan 29, 2022 at 12:33 PM
Subject: URGENT MESSAGE CALLING ON DEAN HOLLEY-WALKER TO DELAY MANDATORY BOOSTERS
To: Ray Newman <thayray@gmail.com>


**From**:
**Sent:** Saturday, January 29, 2022 12:45 PM
**To:** Holley-Walker, Danielle <dhwalker@law.howard.edu>
**Cc:**
**Subject:** Fwd: URGENT MESSAGE CALLING ON DEAN HOLLEY-WALKER TO DELAY MANDATORY BOOSTERS

Dean,

Please see the following. I'm sorry to be bringing this to your attention. This is a truly an shameful act on the part of Mr. Newman. I know you had spoken to him before about inappropriate usage of the list serve. But this is completely inappropriate, insensitive, and downright disgusting.

Very truly yours,


---------- Forwarded message ---------
From: <thayray@gmail.com>
Date: Sat, Jan 29, 2022 at 12:33 PM
Subject: URGENT MESSAGE CALLING ON DEAN HOLLEY-WALKER TO DELAY MANDATORY BOOSTERS
To: Ray Newman <thayray@gmail.com>


> From:
> Sent: Saturday, January 29, 2022 12:59:39 PM
> To: Holley-Walker, Danielle <dhwalker@law.howard.edu>
> Subject: Ray's Repeated
>
> Hello Dean Holly-Walker,
>
> It has come to my attention that a student has attempted invoke Saron's death as a reason to block the booster mandate. I cannot hold my tongue as this student, who has routinely harassed the student body AND faculty for his own enjoyment and entertainment and has been allowed to stay on campus,

now attempts to capitalize on my friends death. It's disgusting. Something needs to be done so that this man understands he cannot continue to act reprehensibly with impunity.
>
>

> J.D. Candidate 2022 - Howard University