# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL R. NEWMAN,**<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>**HOWARD UNIVERSITY SCHOOL OF LAW,** *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:23-cv-00436 (TNM) |

## ORDER

On April 11, 2023, the defendants in this action filed a motion to dismiss. *See* ECF No. 13. This motion, if granted, would end the lawsuit. The plaintiff in this case is proceeding *pro se*. Accordingly, the plaintiff is entitled to notice of the consequences of failing to respond, including "an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988).

It is hereby ordered that the plaintiff shall respond to the defendants' motion by **April 25, 2023**. The plaintiff is warned that if he does not respond by this deadline, the Court may treat the motion as conceded and dismiss the complaint.

　　　**SO ORDERED.**

Dated: April 14, 2023

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　TREVOR N. McFADDEN, U.S.D.J.