Michael R. Newman, Plaintiff

*Address Redacted*

Phone: (808) 796-4708

Email: thayray@gmail.com

June 30, 2023

Clerk of Court

Federal District Court for the District of Columbia

333 Constitution Avenue

Washington, D.C. 20012

**Re: Notice of Submission of Audio Recordings.**

Case: Michael R. Newman v. Howard University School of Law, *et al.*

Case Number: 1:23-cv-00436-TNM

Judge: Honorable Trevor N. McFadden

Dear Clerk of Court,

      Please accept this Notice of Submission of Audio Recordings in the above-mentioned case. Pursuant to the court's minute order granting the Motion for Leave to Submit Audio Recordings, I am hereby submitting the audio recordings as evidence in accordance with the court's ruling.

      I have enclosed a thumb drive containing the audio recordings in MP3 format. The recordings are labeled and organized as follows:

- Exhibit 1, October 11, 2020 (approx.) phone call with Dean Reginald McGahee.

RECEIVED

JUN 3 0 2023

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

- Exhibit 3, January 28, 2021, zoom conference with Deans Danielle Holley and Reginald McGahee (three separate recordings).
- Exhibit 4, January 31, 2021 Town Hall.
- Exhibit 5, January 25, 2022, zoom call with Dean Danielle Holley.
- Exhibit 7, February 25, 2022, zoom call with Director of Student Conduct Lawan Lanier-Smith.

Also included are PDF files of my Original Complaint, my Opposition to Defendants' Motion to Dismiss, and exhibits that accompanied my Opposition.

Thank you.

Sincerely,

*[signature: Michael R. Newman]*

Michael R. Newman, Plaintiff
Newman v. Howard University School of Law, *et al.*
Case No. 1:23-cv-00436-TNM


cc: Amanda Shafer Berman, Esq. (via email and U.S. post)
ABerman@crowell.com
Crowell & Moring, LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004

RECEIVED
JUN 30 2023
Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

Notice of Submission of Audio Recordings

23-CV-436-TNM

UNITED STATES DISTRICT AND
BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS