Case 1:23-cv-00436-TNM   Document 34   Filed 07/24/23   Page 1 of 1

Michael R. Newman
*Address Redacted*
Email: thayray@gmail.com
Phone: (808) 796-4708

July 21, 2023

Leave to file GRANTED
*TREVOR N. MCFADDEN*  7/24/23
United States District Judge

Judge Trevor N. McFadden
Federal District Court for the District of Columbia
333 Constitution Avenue
Washington, D.C.  20001

**Re:  Notice of Original Audio Recordings Supplied to Defendants' Counsel.**

**Case No.:  1:23-cv-00436-TNM**

Your Honor,

    I write to provide notice to the Court that, earlier this afternoon, I sent to Defendants' Counsel via U.S. Post a USB stick, or "thumb drive," containing audio recordings on which were based the transcripts previously attached to my Rule 11 Motion. Specifically, I am providing audio recordings of Ms. Berman's voice mail of February 21 and our phone conversations of February 24 and March 1. If Counsel determine any portion of the transcripts to be materially in error, they can alert me and this Court to the discrepancy as they deem proper.

Respectfully,

*/s/ Michael R. Newman*

Michael R. Newman

cc: Amanda Shafer Berman, Esq.

