UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL R. NEWMAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:23-cv-00436-TNM |
| HOWARD UNIVERSITY SCHOOL OF LAW, et al., | ) |
| Defendants. | ) |

**<u>PLAINTIFF'S NOTICE OF INTENT TO FILE MOTION FOR SANCTIONS</u>**

Plaintiff Michael Newman respectfully notifies the Court and Defendants of his intent to file a Motion for Sanctions within the coming days.

Plaintiff previously estimated filing within two to three weeks, but due to the complexity of the issues involved, time taken away for other filings, and personal obligations, including caring for his family and addressing sudden and unexpected financial matters requiring immediate attention, Plaintiff requires additional time.

This Motion will address Defendants' conduct during discovery and depositions, including issues directly related to evidence of conspiracy cited in Plaintiff's October 18, 2024, Second Motion to Amend and other past filings. The Motion will seek remedies for Defendants' and their counsel's obstructionist tactics during discovery, including improper coaching of witnesses, failure to comply with discovery obligations, and misrepresentations made under oath.

1

2

Given that the issues raised in this Motion for Sanctions directly overlap with those in Plaintiff's pending Second Motion to Amend, the Court may find it beneficial to consider the forthcoming motion before ruling on the latter, as doing so could streamline resolution of key evidentiary and procedural concerns. Plaintiff remains mindful of the Court's standing order regarding communications with chambers and therefore submits this formal Notice rather than informal email.

Plaintiff appreciates the Court's consideration.

Respectfully submitted,

*/s/ Michael R. Newman*

Michael Newman
Plaintiff *Pro Se*
Phone: (808) 796-4708
Email: thayray@gmail.com

Date: January 30, 2025