**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL R. NEWMAN,                                )<br>                                                                  )<br>                         Plaintiff,          )<br>v.                                                               )<br>                                                                  )<br>HOWARD UNIVERSITY SCHOOL     )<br>OF LAW, *et al.*                                       )<br>                         Defendants.     )<br>                                                                  ) | Civil Action No. 1:23-cv-00436-TNM |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO SEAL EXHIBIT J (ECF NO. 106-10) TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS**

Pending before the Court is Defendants' Motion to Seal Exhibit J (ECF No. 106-10) to Defendants' Opposition to Plaintiff's Motion for Sanctions. Based upon consideration of the Motion and Memorandum of Points and Authorities in support, the applicable local rules, and District of Columbia Circuit precedent, it is hereby:

**ORDERED** that, good cause having been shown, the Motion is hereby GRANTED; it is

**FURTHER ORDERED** that Exhibit J (ECF 106-10) to Defendants' Opposition to Plaintiff's Motion for Sanctions, filed March 18, 2024 (ECF No. 106) be placed under seal, and that Defendants shall file a redacted version of the document on the public record.

**SO ORDERED.**

Date:

_____
The Honorable Trevor McFadden
United States District Judge