

Thay Ray <thayray@gmail.com>

---

## Protective order, question.
3 messages

---

**thayray@gmail.com** <thayray@gmail.com>  Sun, Aug 11, 2024 at 7:10 PM
To: "Berman, Amanda" <ABerman@crowell.com>, "Berns-Zieve, Eli" <EBerns-Zieve@crowell.com>
Cc: "Berry, Crinesha" <CBerry@crowell.com>

Dear Ms. Berman,

During Dean Olivares' deposition, I mentioned a GroupMe chat between myself and three students, including Michael Annan. You objected and asked to designate that section of the transcript as falling under the protective order. However, that was entirely information known to me, and indeed supplied *by* me, and openly available to all members of the group chat. I don't understand how that qualifies for protection under the terms of our stipulated protection order. It may or may not make any difference, but I do want to understand any implications of specific examples such as this as we move along and ask to have this point clarified for me.

Michael Newman
(808) 796-4708

---

   Virus-free.www.avast.com

---

**Berman, Amanda** <ABerman@crowell.com>  Mon, Aug 12, 2024 at 9:36 AM
To: "thayray@gmail.com" <thayray@gmail.com>, "Berns-Zieve, Eli" <EBerns-Zieve@crowell.com>

Mr Newman -

A key purpose of the confidentiality designation is to make clear that personal identifying info of students is not publicly filed. So while you may already know it, that does not mean no protection is merited. But I think under our protective order (which is admittedly not in front of me right now, as I am traveling), such information could simply be redacted from any public filing, or the relevant pages could be filed under seal.

Amanda Berman

---

**From:** thayray@gmail.com <thayray@gmail.com>
**Sent:** Sunday, August 11, 2024 7:10:35 PM
**To:** Berman, Amanda <ABerman@crowell.com>; Berns-Zieve, Eli <EBerns-Zieve@crowell.com>
**Cc:** Berry, Crinesha <CBerry@crowell.com>
**Subject:** Protective order, question.

[Quoted text hidden]

---

**thayray@gmail.com** <thayray@gmail.com>  Fri, Aug 16, 2024 at 4:01 PM
To: "Berman, Amanda" <ABerman@crowell.com>
Cc: "Berns-Zieve, Eli" <EBerns-Zieve@crowell.com>, "Berry, Crinesha" <CBerry@crowell.com>

I want to state for the record that I never willingly agreed to treat information already known to me as confidential. My understanding was that I was bound to treat applicable materials you produced for me as confidential (and that such materials would be open to my own purview), while Defendants were bound to treat applicable materials I produced for them as confidential. Given your August 12 email I suspect we may need to approach Judge McFadden for clarification and/or modification of the protective order.

Additionally, I was expecting such applicable materials to be specially marked "CONFIDENTIAL." I am not sure where or whether any materials produced to date have been so marked.

Having said all that, I have an additional note regarding my upcoming motion for a subpoena that I'll address separately.

MRN
[Quoted text hidden]