Exhibit D

Excerpt, Deposition of Lawan Lanier-Smith

August 2, 2024

**Newman**

What documents or materials did you review in preparation for this deposition?

**[00:06:25.950] – Berry**

I just object. You're not—for privilege—you're not entitled to know what documents she reviewed.

**[00:06:34.770] – Lanier**

What was provided to me.

**[00:06:36.290] – Berry**

You don't have—don't answer the question.

**[00:06:39.610] – Newman**

Don't answer, ok. Were you provided with any specific documents by your attorney?

**[00:06:44.030] – Berry**

I object for privilege. Do not answer the question.

**[00:06:46.780] – Newman**

Do not answer, ok. Did your attorney discuss with you the specific topics or issues that would be covered in this deposition?

**[00:06:54.390] – Berry**

I object for privilege. Don't answer. She can't disclose what we discussed with her.

**[00:06:59.910] – Newman**

So, don't answer?

**[00:07:02.690] – Berry**

Right. She's not going to answer any questions about what she discussed with counsel.

**[00:07:05.950] – Newman**

All right. Um, I'm just going to run through this list. And for the sake of, I don't know if any of these will not be covered under the, uh, rubric that you just mentioned. Um, so, um, respond as

you deem appropriate. Were there any particular areas or questions your attorney emphasized during your preparation?

**[00:07:27.530] – Berry**
Object for privilege, do not answer.

**[00:07:30.230] – Newman**
Did your attorney provide you with any advice on how to answer questions during the deposition?

**[00:07:34.760] – Berry**
Object for privilege, do not answer.

**[00:07:38.520] – Newman**
Uh, were you given any strategies for handling difficult or complex questions?

**[00:07:43.350] – Berry**
Object, privilege, do not answer.

**[00:07:45.830] – Newman**
Did you participate in any mock depositions or practice sessions?

**[00:07:50.360] – Berry**
Object, privilege, do not answer.

**[00:07:53.390] - Newman**
Is—ok. Did your attorney give you any instructions regarding your demeanor or behavior during the deposition?

**[00:07:59.960] – Berry**
Object, privilege, do not answer.

**[00:08:02.140] – Newman**
Were you advised on how to respond if you did not know the answer to a question?

**[00:08:06.620] – Berry**

Object, privilege, do not answer.